IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BENE BREEZE TILLOSON                                                           PLAINTIFF

v.                                 Civil No. 6:16-cv-06076

CHARLES LIGGETT                                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 26, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and orders, as well as for failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of May, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge